## HERITAGE HOSPITAL v. PEEK

[335 N.C. 167 (1993)]

HERITAGE HOSPITAL OF NORTH CAROLINA DBA HERITAGE HOSPITAL
v. SHARON K. PEEK

No. 130PA93

(Filed 5 November 1993)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous decision of the Court of Appeals, 109 N.C. App. 134, 427 S.E.2d 896 (1993), affirming in part and reversing in part the judgment entered by Butterfield, J., on 15 April 1991 in Superior Court, Edgecombe County. Heard in the Supreme Court 11 October 1993.

*Bridgers, Horton & Rountree, by Charles S. Rountree, for plaintiff-appellee.*

*Schiller Law Offices, by Marvin Schiller, for defendant-appellant.*

PER CURIAM.

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.